No. 535. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* NORTHERN TRUST CO., EXECUTOR.

Argued February 27, 1931. Decided March 2, 1931.

*Per Curiam:* The question in this case is that of the construction of § 402 (c) of the Revenue Act of 1921, c. 136, 42 Stat. 227, 278, a provision similar to that of § 402 (c) of the Revenue Act of 1918, c. 18, 40 Stat. 1057, 1097, which has already been construed by this Court, and, in this view, there being no question of the constitutional authority of the Congress to impose prospectively a tax with respect to transfers or trusts of the sort here involved, the judgment of the Circuit Court of Appeals for the Seventh Circuit is affirmed upon the authority of *May* v. *Heiner,* 281 U. S. 238. *Mr. Walter E. Hope,* Assistant Secretary of the Treasury, with whom *Solicitor General Thacher* and *Messrs. Clarence M. Charest,* General Counsel, and *Prew Savoy,* Special Attorney, Bureau of Internal Revenue, were on the brief, for petitioner. *Mr. Edward H. Blanc* argued the cause, and *Messrs. Theodore Schmidt, John W. Davis, Russell L. Bradford,* and *Frederic Ullmann* filed a brief, for respondent. *Messrs. John E. Hughes* and *Raymond M. White,* by special leave of Court, filed briefs as *amici curiae. Mr. Seth T. Cole,* by special leave of Court, filed a brief on behalf of the Tax Commission of the State of New York et al. as *amici curiae.*